1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11  MARK ALFORD,                              Case No. 1:22-cv-01056-ADA-CDB

12            Plaintiff,                      ORDER ON STIPULATION CONTINUING
                                              INITIAL SCHEDULING CONFERENCE
13       v.
                                              (Doc. 15)
14  UNITED STATES OF AMERICA,

15            Defendant.                      ORDER DIRECTING PARTIES TO
                                              COMPLETE AND FILE
16                                            CONSENT/DECLINE OF U.S.
                                              MAGISTRATE JUDGE JURISDICTION
17                                            FORMS

18                                            (Doc. 4-3)

19

20          Plaintiff Mark Alford ("Plaintiff") filed a complinat on August 19, 2022 against the

21  United States of America ("Defendant"). (Doc. 1).  On Februrary 3, 2023, Defendant filed the

22  parties' stipulation to extend the time to respond to the complaint.  (Doc. 13).  The Court granted

23  Defendant's request and reset Defendant's deadline to respond to the complaint to March 13,

24  2023.  (Doc. 14).

25          Pending before the Court is the parties' stipulation to continue the initial scheduling

26  conference set for February 23, 2023.  (Doc. 15).  In light of the stipulation and for good cause

27  appearing, IT IS HEREBY ORDERED:

28      1.  The Februrary 23, 2023 initial scheduling conference is continued to April 27, 2023, at

                                              1

9:30 a.m.;

2.  The parties shall appear at the initial scheduling conference remotely via Zoom video conference, and counsel may obtain the Zoom ID and password from the Courtroom Deputy prior to the conference. The parties shall file a joint scheduling conference statement in compliance with the procedures set forth in the Order Setting Mandatory Scheduling Conference (Doc. 4); and

3.  No later than the date by which the parties must file the joint scheduling conference statement, the parties shall complete and file their respective "Consent/Decline of U.S. Magistrate Judge Jurisdiction Forms" (Doc. 4-3).

IT IS SO ORDERED.

Dated:   **February 16, 2023**

_____
UNITED STATES MAGISTRATE JUDGE