UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ALFORD,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | Case No. 1:22-cv-01056-ADA-CDB<br><br>ORDER ON JOINT REQUEST TO PERMIT AMENDED PLEADINGS AND TO CONTINUE SCHEDULING CONFERENCE<br><br>(Doc. 17) |

Plaintiff Mark Alford ("Plaintiff") initiated this action on August 19, 2022. (Doc. 1). On February 16, 2023, the Court granted the parties' request and extended Defendant's time to respond to the complaint to March 13, 2023. (Doc. 14).

On March 10, 2023, the parties filed a joint request regarding amending the complaint and schedule now at issue. (Doc. 17). A party may amend its pleadings with the opposing party's written consent or the court's leave. Fed. R. Civ. P. 15(a)(2). The court shall freely give leave when justice so requires. *Id*. Pursuant to Rule 15(a)(2), and based on the parties' representations and for good cause shown, IT IS HEREBY ORDERED:

1. Plaintiff shall file an amended complaint not later than March 17, 2023;
2. The United States of America shall file a response to Plaintiff's amended complaint, by motion or otherwise, not later than May 5, 2023;

3. The scheduling conference set for April 27, 2023, shall be continued to June 1, 2023, at 9:30 a.m.;

4. The parties shall appear at the initial scheduling conference remotely via Zoom video conference, and counsel may obtain the Zoom ID and password from the Courtroom Deputy prior to the conference. The parties shall file a joint scheduling conference statement in compliance with the procedures set forth in the Order Setting Mandatory Scheduling Conference (Doc. 4); and

5. The parties are DIRECTED no later than the date by which the parties must file the joint scheduling conference statement, they shall complete and file their respective "Consent/Decline of U.S. Magistrate Judge Jurisdiction Forms" (Doc. 4-3).

IT IS SO ORDERED.

Dated:   **March 13, 2023**                              _____
                                                         UNITED STATES MAGISTRATE JUDGE