| | |
|---|---|
| 1 | PHILLIP A. TALBERT<br>United States Attorney |
| 2 | RACHEL R. DAVIDSON<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2731<br>Facsimile: (916) 554-2900 |
| 5 | Rachel.davidson@usdoj.gov |
| 6 | Attorneys for the United States |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARK ALFORD, | | CASE NO. 1:22-CV-01056-DJC-CDB |
| | Plaintiff, | ORDER RE STIPULATION TO FILE SECOND AMENDED COMPLAINT |
| | v. | |
| UNITED STATES, | | |
| | Defendant. | |

Pursuant to the parties' stipulation, and good cause appearing, the Court hereby orders:

The United States' Motion to Dismiss Plaintiff's First Amended Complaint (ECF No. 22-1) is hereby moot.  Plaintiff will file a Second Amended Complaint by May 30, 2024.  The United States shall file a responsive pleading by July 30, 2024.

IT IS SO ORDERED.

Dated: April 17, 2024                    /s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

ORDER                                    1